EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 440-2007-01840 |

**Illinois Department Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mrs. Silvia Badiano | (847) 215-1049 | 05-01-1955 |

| Street Address | City, State and ZIP Code |
|---|---|
| 274 Dundee Parkway, Buffalo Grove, IL 60089 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| HARPER COLLEGE | 500 or More | (847) 925-6000 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1200 West Algonquin Road, Palatine, IL 60067 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-24-2005   Latest: 12-01-2006
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was employed by Respondent since 1987. My most recent position was Lab Assistant in the ESL Department. Respondent is aware that I have a disability. Since the beginning of my employment, Respondent provided me with a reasonable accommodation. On or about October 24, 2005, the new supervisor assigned to the ESL Department declined to honor my reasonable accommodation. In a memorandum dated January 23, 2006, I was threatened with loss of my benefits and/or job if I did not comply with the supervisor's directive which was in direct conflict with my former reasonable accommodation. Further, my scheduled work hours were reduced resulting in a loss of income. I went to the Director of Human Resources to report the reduction in my work hours and to once again request the reasonable accommodation Respondent had provided to me for almost 19 years. My request was denied and I was subsequently discharged on December 1, 2006.

I believe I have been discriminated against because of a disability, and retaliation, in violation of the Americans with Disabilities Act of 1990, (ADA).

RECEIVED EEOC
DEC 14 2006

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Dec 14, 2006           *Silvia Badiano*<br>Date           Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

**PLAINTIFF'S EXHIBIT A**