

U.S. Department of Justice

Civil Rights Division

---

*Disability Rights Section - NYA*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

JAN 16 2008

DJ# 205-23-0

**08 C 1063**

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

**JUDGE ZAGEL**
**MAGISTRATE JUDGE BROWN**

Ms. Silvia Badiano
274 Dundee Parkway
Buffalo Grove, Illinois   60089

    Re:  EEOC Charge Against:  Harper College
         EEOC No.:  440-2007-01840
         DJ#:  205-23-0

Dear Ms. Badiano:

### NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

    It has been determined that the Department of Justice will not file suit on the above-referenced charge of discrimination that was referred to us by the Equal Employment Opportunity Commission (EEOC).  This should not be taken to mean that the Department of Justice has made a judgment as to whether or not your charge is meritorious.

    You are hereby notified that conciliation on your case was unsuccessful by the EEOC.  <u>You are further notified that you have the right to institute a civil action under Title I of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12111, et seq., against the above-named respondent.  If you choose to commence a civil action, such suit must be filed in the appropriate court within 90 days of your receipt of this Notice.</u>

    Therefore, if you wish to pursue this matter, you should consult an attorney at your earliest convenience.  If you are unable to locate an attorney, you may wish to contact the EEOC or apply to the appropriate court, since that court may appoint an attorney in appropriate circumstances under Section 706(f)(1) of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5(f)(1), referenced in Section 107(a) of the ADA, 42 U.S.C. § 12117(a).



PLAINTIFF'S
EXHIBIT
B

-2-

We are returning the files in this matter to EEOC's District Office. If you or your attorney have any questions concerning this matter or wish to inspect the investigative file, please address your inquiry to:

John C. Hendrickson
Regional Attorney
Equal Employment Opportunity Commission
Chicago District Office
500 West Madison Street, Suite 2800
Chicago, Illinois 60661

We are forwarding a copy of this Notice of Right to Sue to the Respondent in this case.

Sincerely,

Grace Chung Becker
Acting Assistant Attorney General

BY: _____
AeJean Cha
Attorney
Disability Rights Section

cc:
Harper College
Jason M. Johnson, Esquire