## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

**FILED**
**FEBRUARY 20, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

SILVIA BADIANO

        Plaintiff,

v.

HARPER COLLEGE

        Defendant.

Case Number:

**08 C 1063**

**JUDGE ZAGEL**
**MAGISTRATE JUDGE BROWN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Silvia Badiano

| | |
|---|---|
| NAME (Type or print) | |
| Jason M. Johnson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Jason M. Johnson | |
| FIRM | |
| Maduff & Maduff, LLC | |
| STREET ADDRESS | |
| One East Wacker Drive, Suite 2122 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6286500 | (312) 276-9000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |