# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 1063

SILVIA BADIANO,
                Plaintiff,

v.

HARPER COLLEGE,
                Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HARPER COLLEGE, Defendant

| Field | Value |
|---|---|
| NAME (Type or print) | Frank B. Garrett III |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Frank B. Garrett III |
| FIRM | ROBBINS SCHWARTZ NICHOLAS LIFTON & TAYLOR LTD. |
| STREET ADDRESS | 20 N. Clark Street, Suite 900 |
| CITY/STATE/ZIP | Chicago, IL 60602-4115 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6192555 |
| TELEPHONE NUMBER | 312 / 332-7760 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |