IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SILVIA BADIANO, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. 08 C 1063 |
| | ) | |
| v. | ) | |
| | ) | JUDGE ZAGEL |
| HARPER COLLEGE, | ) | MAGISTRATE JUDGE BROWN |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO:  Jason M. Johnson
Aaron B. Maduff
Maduff & Maduff, LLC
One East Wacker Drive, Suite 2122
Chicago, IL 60601

**PLEASE TAKE NOTICE** that on the 28th day of April, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, Defendant's Answer and Affirmative Defenses to Plaintiff's Complaint, served herewith.

**HARPER COLLEGE**

By: s/ Camille Cribaro-Mello
Camille Cribaro-Mello, One of
Defendant's Attorneys

Frank B. Garrett III, Atty No. 6192555
Camille Cribaro-Mello, Atty No. 6269578
ROBBINS, SCHWARTZ, NICHOLAS,
  LIFTON & TAYLOR, Ltd.
20 N. Clark Street, Suite 900
Chicago, Illinois 60602
Tel: (312) 332-7760
Fax: (312) 332-7768

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2008, I presented the foregoing Notice and pleading(s) to the Clerk of the Court for filing and uploading to the ECF system, whereby I served the foregoing upon counsel listed above.

                                      s/ Camille Cribaro-Mello
                                      Camille Cribaro-Mello