IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Silvia Badiano,<br><br>       Plaintiff,<br>v.<br><br>Harper College,<br><br>       Defendant. | Case No. 08 C 1063<br><br>Judge Zagel<br><br>Magistrate Judge Brown |

**MOTION TO WITHDRAW AS COUNSEL**

      Now comes Jason M. Johnson, one of the attorneys of record for the Plaintiff, and respectfully moves this Honorable Court for leave to withdraw his appearance as counsel for Plaintiff, Silvia Badiano, and in support thereof states as follows:

      1.      Movant is an Associate at Maduff and Maduff ("Maduff") and is one of the attorneys of record for this case.

      2.      As of July 18, 2008, Movant is no longer employed by Maduff. Movant is opening his own practice, the Law Office of Jason M. Johnson, and will no longer be representing clients of Maduff.

      3.      Plaintiff will continue to be represented by Maduff, and other Maduff attorneys will immediately be assigned to take Movant's place.

      4.      Withdrawal of Jason M. Johnson as an attorney of record will not prejudice either the Plaintiff or Defendant in this matter.

      WHEREFORE, Movant, Jason M. Johnson, respectfully requests that this Honorable Court grant his Motion to Withdraw as counsel for Plaintiff.

      Respectfully submitted,

      Jason M. Johnson
      By:    s/Jason M. Johnson

Jason M. Johnson
Atty. No. 06286500
Law Office of Jason M. Johnson
PMB 1350
500 Lake Cook Rd
Deerfield, IL 60015
(847)714-3555

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Silvia Badiano, | | |
| Plaintiff, | | Case No. 08 C 1063 |
| v. | | |
| | | Judge Zagel |
| Harper College, | | |
| | | Magistrate Judge Brown |
| Defendant. | | |

### CERTIFICATE OF SERVICE

To:
Frank B. Garrett III
Camille Cribaro-Mello
ROBBINS, SCHWARTZ, NICHOLAS, LIFTON & TAYLOR, Ltd.
20 North Clark Street, Suite 900
Chicago, Illinois 60602

    I, Jason M. Johnson, hereby certify that I served a copy of Motion to Withdraw as Counsel to the party listed above, via electronic filing, on Tuesday, July 22, 2008.


                                             /s/      Jason M. Johnson

Jason M. Johnson
Atty. No. 06286500
Law Office of Jason M. Johnson
PMB 1350
500 Lake Cook Rd
Deerfield, IL 60015
(847)714-3555