IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Silvia Badiano, | | |
| | Plaintiff, | Case No. 08 C 1063 |
| v. | | |
| | | Judge Zagel |
| Harper College, | | |
| | | Magistrate Judge Brown |
| | Defendant. | |

To:
Frank B. Garrett III
Camille Cribaro-Mello
ROBBINS, SCHWARTZ, NICHOLAS, LIFTON & TAYLOR, Ltd.
20 North Clark Street, Suite 900
Chicago, Illinois 60602

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on Thursday, July 31, 2008, at 10:15 a.m. I shall appear before the Honorable Judge Zagel in the Courtroom usually occupied by him and then and there present Motion to Withdraw as Counsel.

s/Jason M. Johnson
Jason M. Johnson

## CERTIFICATE OF SERVICE

I, Jason M. Johnson, hereby certify that I served a copy of the Notice of Motion to the party listed above by electronic filing before 5:00pm on Tuesday, July 22, 2008.

s/Jason M. Johnson

Jason M. Johnson
Atty. No. 06286500
Law Office of Jason M. Johnson
PMB 1350
500 Lake Cook Rd
Deerfield, IL 60015
(847)714-3555